21

#21

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MAXIMILIANO POLVOS-MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1991-W

I, MAXIMILIANO POLVOS-MARTINEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before JUDICIAL OFFICER

FILED

JUN 17 2008

DEPUTY